UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:14-CR- 3'14-CR-311-SI |
| v. | INFORMATION |
| JESSE DAVID BENNETT, | (18 U.S.C. § 875(c)) |
| Defendant. | |

THE UNITED STATES ATTORNEY ALLEGES:

**COUNT 1**
**(Threatening Communication in Interstate Commerce)**

On or about April 21, 2013, in Portland, Multnomah County, in the District of Oregon, JESSE DAVID BENNETT, defendant herein, unlawfully and knowingly transmitted via the Internet in interstate commerce a communication containing a threat to injure the person of another; all in violation of Title 18, United States Code, Section 875(c).

Dated this 28th day of July 2014.

S. AMANDA MARSHALL
United States Attorney
District of Oregon

STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney
(503) 727-1000